**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF ALABAMA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dothan Printing & Lithographing, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **63-0654068** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **955 Tate Drive** <br> **DOTHAN, AL 36301** | **2002 Stonewood Drive** <br> **DOTHAN, AL 36301** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Houston** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☑ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2023**
              MM / DD / YYYY

**X** **/s/ Timothy Lee Rhodes** _____          **Timothy Lee Rhodes** _____
    Signature of authorized representative of debtor          Printed name

Title    **PRESIDENT** _____

**18. Signature of attorney**

**X** **/s/ CAMERON A. METCALF** _____          Date **November 30, 2023**
    Signature of attorney for debtor                   MM / DD / YYYY

**CAMERON A. METCALF** _____
Printed name

**METCALF & COMPANY LEGAL, PC** _____
Firm name

**318 WESTGATE PKWY, STE 2**
**Dothan, AL 36303** _____
Number, Street, City, State & ZIP Code

Contact phone    **334-478-8918** _____          Email address    **cameron@metcalfco.com** _____

**ASB-9874-E48C AL** _____
Bar number and State

Case 23-11347    Doc 1    Filed 12/04/23    Entered 12/04/23 13:41:44    Desc Main
Official Form 201                    Document      Page 5 of 44                    page 5
Voluntary Petition for Non-Individuals Filing for Bankruptcy

**United States Bankruptcy Court**
**Middle District of Alabama**

In re   **Dothan Printing & Lithographing, Inc.**      Case No.
                                          Debtor(s)         Chapter     **7**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Timothy Lee Rhodes**, declare under penalty of perjury that I am the   of   **Dothan Printing & Lithographing, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 30 day of November, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Timothy Lee Rhodes**, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Timothy Lee Rhodes**, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Timothy Lee Rhodes**, of this Corporation is authorized and directed to employ **CAMERON A. METCALF**, attorney and the law firm of **METCALF & COMPANY LEGAL, PC** to represent the corporation in such bankruptcy case."

Date   **November 30, 2023**             Signed   **/s/ Timothy Lee Rhodes**
                                                          **Timothy Lee Rhodes**

**Fill in this information to identify the case:**

Debtor name    **Dothan Printing & Lithographing, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2023**     *X* **/s/ Timothy Lee Rhodes**
                                        Signature of individual signing on behalf of debtor

                                        **Timothy Lee Rhodes**
                                        Printed name

                                        **PRESIDENT**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Dothan Printing & Lithographing, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF ALABAMA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................   $    **335,600.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................   $    **330,881.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................   $    **666,481.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **1,068,754.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **2,315.64**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$    **594,520.24**

4.   Total liabilities ................................................................................................
   Lines 2 + 3a + 3b   $    **1,665,589.88**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor name    **Dothan Printing & Lithographing, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF ALABAMA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$180.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **RIVER BANK & TRUST (FRIEND BANK/SBA) - EMPTY** | **CHECKING** | 0259 | $0.00 |
| 3.2. | **RIVER BANK & TRUST (FRIEND BANK/SBA) - EMPTY** | **SAVINGS** | 7425 | $0.00 |
| 3.3. | **FRIEND BANK (FRIEND BANK/SBA)** | **CHECKING** | 7527 | $145.00 |
| 3.4. | **FRIEND BANK (FRIEND BANK/SBA) - EMPTY** | **SAVINGS** | 2973 | $0.00 |
| 3.5. | **PNC BANK (FRIEND BANK/SBA)** | **CHECKING** | 3009 | $63.00 |
| 3.6. | **PNC BANK (FRIEND BANK/SBA)** | **SAVINGS** | 9573 | $88.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                    | $476.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:            **6,000.00**    -            **0.00**   = ....        | **$6,000.00** |
                               face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                  | $6,000.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **VARIOUS PRINTING PAPERS (FRIEND BANK/SBA)** | | $0.00 | | $1,500.00 |
| **INVENTORY (ESTIMATED) (FRIEND BANK/SBA)** | | $0.00 | | $300.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $1,800.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **REFRIGERATOR/FREEZER (FRIEND BANK/SBA)** | $0.00 | | $250.00 |
| | **FIVE (5) OFFICE DESKS, CHAIRS & CREDENZA (FRIEND BANK/SBA)** | $0.00 | | $800.00 |
| | **TWENTY SEVEN (27) FILE CABINETS OF VARIOUS SIZES (FRIEND BANK/SBA)** | $0.00 | | $675.00 |
| | **FOUR (4) WORK TABLES W/DRAWERS (FRIEND BANK/SBA)** | $0.00 | | $500.00 |
| | **TWO (2) CONFERENCE TABLES W/CHAIRS (FRIEND BANK/SBA)** | $0.00 | | $500.00 |
| | **NINE (9) STAND ALONE WORK TABLES OF VARIOUS SIZES (FRIEND BANK/SBA)** | $0.00 | | $400.00 |
| | **THREE (3) BOOKSHELVES (FRIEND BANK/SBA)** | $0.00 | | $75.00 |

| | | |
|---|---|---|
| **ELEVEN (11) STORAGE SHELVES FOR PRINTING SUPPLIES (FRIEND BANK/SBA)** | $0.00 | $480.00 |
| **NINE (9) TWO LEVEL ROLLINGS BINS OF VARIOUS SIZES (FRIEND BANK/SBA)** | $0.00 | $475.00 |
| **ROTO CUTTER (FRIEND BANK/SBA)** | $0.00 | $50.00 |
| **ONE (1) CABINET BOOK SHELF (FRIEND BANK/SBA)** | $0.00 | $150.00 |
| **ONE (1) TYPE CABINET W/DRAWERS (FRIEND BANK/SBA)** | $0.00 | $100.00 |
| **ONE (1) ROLLING BIN (3 SHELVES) (FRIEND BANK/SBA)** | $0.00 | $250.00 |
| **ONE (1) FOUR DRAWER FIRE PROOF FILING CABINET (FRIEND BANK/SBA)** | $0.00 | $250.00 |
| **ONE (1) ONE DRAWE FIRE PROOF FILING CABINET (FRIEND BANK/SBA)** | $0.00 | $100.00 |
| **TWO (2) OFFICE CHAIRS (FRIEND BANK/SBA)** | $0.00 | $75.00 |
| **TWO (2) LIGHT TABLES (FRIEND BANK/SBA)** | $0.00 | $75.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| **FAX/COPIER MACHINE (FRIEND BANK/SBA)** | $0.00 | $50.00 |
| **FOUR (4) COMPUTER WORKSTATIONS (FRIEND BANK/SBA)** | $0.00 | $400.00 |
| **ONE (1) NEC ELEKTRA PHONE SYSTEM (FRIEND BANK/SBA)** | $0.00 | $200.00 |
| **TWO (2) MAC COMPUTERS & FOUR (4) PC COMPUTERS (FRIEND BANK/SBA)** | $0.00 | $1,400.00 |
| **TOW (2) TABLE TOP PRINTERS (FRIEND BANK/SBA)** | $0.00 | $100.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                              | $7,355.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2002 FORD ECONOLINE DELIVERY VAN<br>(FRIEND BANK/SBA)** | $0.00 | | $3,000.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**HEIDELBERG PRINTMASTER PM52-4P WITH<br>BALDWIN CIRCULATING SYSTEM (FRIEND<br>BANK/SBA)** | $0.00 | | $78,000.00 |
| **HEIDELBERG SUPRASETTER52<br>PLATEMAKER & CLEAN OUT UNIT (FRIEND<br>BANK/SBA)** | $0.00 | | $20,000.00 |
| **METADIMENSION SERVER FOR<br>SUPRASETTER (FREIND BANK/SBA)** | $0.00 | | $1,500.00 |
| **HEIDELBERG 10"X15"WINDMILL PRESS<br>(FRIEND BANK/SBA)** | $0.00 | | $4,000.00 |
| **HEIDELBERG CYLINDER PRESS (FRIEND<br>BANK/SBA)** | $0.00 | | $2,500.00 |
| **XEROX DIGITAL PRESS 770 W/FIERY<br>COMPUTER (FRIEND BANK/SBA)** | $0.00 | | $5,000.00 |

| | | |
|---|---|---|
| **VIDEOJET MAILING SYSETEM WITH COMPUTER & DRYER (FRIEND BANK/SBA)** | $0.00 | $11,000.00 |
| **BAUM D3 DRILL (FRIEND BANK/SBA)** | $0.00 | $2,000.00 |
| **GRAHIC WHIZARD UV VIVIDCOATER (FRIEND BANK/SBA)** | $0.00 | $2,500.00 |
| **GRAPHIC WHIZARD GW8000 PERFORATOR/NUMBERING MACHINE (FRIEND BANK/SBA)** | $0.00 | $2,500.00 |
| **FORMAX COLORMAX 7 DIGITAL COLOR PRINTER W/SUPPLIES (FRIEND BANK/SBA)** | $0.00 | $5,400.00 |
| **SCHULZ 5HP INDUSTRIAL COMPRESSER (FRIEND BANK/SBA)** | $0.00 | $1,500.00 |
| **MICROPOR AMERICA AIR DRYER (FRIEND BANK/SBA)** | $0.00 | $1,500.00 |
| **KALMAR AC FORKLIFT (FRIEND BANK/SBA)** | $0.00 | $4,000.00 |
| **RHIN-O-TUFF PUNCH AND CLAMP (FRIEND BANK/SBA)** | $0.00 | $500.00 |
| **EASTEY SHRINK WRAP MACHINE & HEATING TUNNEL (FRIEND BANK/SBA)** | $0.00 | $500.00 |
| **HORIZON ST-40 COLLATOR (FRIEND BANK/SBA)** | $0.00 | $1,000.00 |
| **HORIZON BQ-270 PERFECT BINDER (FRIEND BANK/SBA)** | $0.00 | $5,000.00 |
| **AGFASELECTSET 5000 AND COMPUTER (FRIEND BANK/SBA)** | $0.00 | **Unknown** |
| **ONE (1) LARGE TOOL CHEST W/TOOLS (FRIEND BANK/SBA)** | $0.00 | $300.00 |
| **FOURTEEN (14) ANTIQUE TYPE TRAYS W/TYPE (FRIEND BANK/SBA)** | $0.00 | $2,100.00 |
| **PRINTING PLATES & PRINTING INKS (FRIEND BANK/SBA)** | $0.00 | $500.00 |

| | | |
|---|---|---|
| **TWO (2) PORTABLE COMPRESSORS & PALLET BINDING TOOLS (FRIEND BANK/SBA)** | $0.00 | $350.00 |
| **ONE (1) PALLET JACK & TWENTY SEVEN (27) DOLLIES OF VARIOUS SIZES (FRIEND BANK/SBA)** | $0.00 | $975.00 |
| **TWO (2) HAND TRUCKS (FRIEND BANK/SBA)** | $0.00 | $75.00 |
| **ONE (1) PADDY WAGON (FOR PADDING FORMS, ETC.) (FRIEND BANK/SBA)** | $0.00 | $100.00 |
| **ONE (1) SQAURED TRANSFOMER FOR HEIDELBERG PRNTMASTER 52 (FRIEND BANK/SBA)** | $0.00 | $200.00 |
| **ONE (2) IMPOSING STONE AND TABLE W/FURNITURE (FRIEND BANK/SBA)** | $0.00 | $100.00 |
| **THREE (3) HOHNER STITCH HEADS (FRIEND BANK/SBA)** | $0.00 | $900.00 |
| **ONE (1) MAILING TABBER W/TABS (FRIEND BANK/SBA)** | $0.00 | $800.00 |
| **ONE (1) TIPPING MACHINE (FRIEND BANK/SBA)** | $0.00 | $100.00 |
| **WASHUP ROLLS FOR SM74 AND PM52 (FRIEND BANK/SBA)** | $0.00 | $350.00 |
| **HORIZON HT-30C ROBOTIC TRIMMER (FIRST CITIZENS BANK)** | $0.00 | $20,000.00 |
| **CANNON DIGITAL PRESS (FIRST CITIZENS BANK)** | $0.00 | $6,000.00 |
| **HORIZON ST-40 STACKER (FIRST CITIZENS BANK)** | $0.00 | $7,000.00 |
| **TWO (2) HORIZON VAC 100 TOWERS (FIRST CITIZENS BANK)** | $0.00 | $20,000.00 |
| **HORIZON BQ270V PERFECT BINDER (FIRST CITIZENS BANK)** | $0.00 | $25,000.00 |
| **HEIDELBERG N78 POLAR CUTTER (FIRST CITIZENS BANK)** | $0.00 | $30,000.00 |

| | | |
|---|---|---|
| **ROLAND UV PRINTER (FIRST CITIZENS BANK)** | $0.00 | $11,000.00 |
| **HORIZON FC200A TRIMMER (FIRST CITIZENS BANK)** | $0.00 | $8,000.00 |
| **SPF200A BOOKLET MAKER (FIRST CITIZENS BANK)** | $0.00 | $15,000.00 |
| **STAHL TI-52 FOLDER (FIRST CITIZENS BANK)** | $0.00 | $15,000.00 |

51.   **Total of Part 8.**                                                                                        $315,250.00

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☐ No
      ■ Yes

**Part 9:        Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.        **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **COMMERCIAL BUILDING & LOT LOCATED AT 955 TATE DRIVE, DOTHAN, AL 36301 (FRIEND BANK/SBA)** | | $0.00 | | $335,600.00 |

56.   **Total of Part 9.**                                                                                        $335,600.00

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☐ No
      ■ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Dothan Printing & Lithographing, Inc.**   Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $476.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,355.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $315,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $335,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $330,881.00 | + 91b.  $335,600.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $666,481.00 |

Fill in this information to identify the case:

Debtor name **Dothan Printing & Lithographing, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

　　☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

　　☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **FIRST CITIZENS BANK**
Creditor's Name

**155 COMMERCE WAY
PORTSMOUTH, NH 03801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
7600**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**HORIZON HT-30C ROBOTIC TRIMMER (FIRST CITIZENS BANK)**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,995.00 | $20,000.00

**2.2** **FIRST CITIZENS BANK**
Creditor's Name

**155 COMMERCE WAY
PORTSMOUTH, NH 03801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
9300**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**CANNON DIGITAL PRESS (FIRST CITIZENS BANK)**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$23,156.00 | $6,000.00

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **FIRST CITIZENS BANK** | Describe debtor's property that is subject to a lien | $9,343.00 | $7,000.00 |
|---|---|---|---|---|

Creditor's Name

**155 COMMERCE WAY
PORTSMOUTH, NH 03801**

Creditor's mailing address

**HORIZON ST-40 STACKER (FIRST CITIZENS
BANK)**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
6900**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **FIRST CITIZENS BANK** | Describe debtor's property that is subject to a lien | $26,364.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**155 COMMERCE WAY
PORTSMOUTH, NH 03801**

Creditor's mailing address

**TWO (2) HORIZON VAC 100 TOWERS (FIRST
CITIZENS BANK)**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
0200**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **FIRST CITIZENS BANK** | Describe debtor's property that is subject to a lien | $31,296.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**155 COMMERCE WAY
PORTSMOUTH, NH 03801**

Creditor's mailing address

**HORIZON BQ270V PERFECT BINDER (FIRST
CITIZENS BANK)**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

---

**Date debt was incurred**

**Last 4 digits of account number**
**8700**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **FIRST CITIZENS BANK** | Describe debtor's property that is subject to a lien | $35,417.00 | $30,000.00 |
|-----|------------------------|------|------|------|

Creditor's Name

**155 COMMERCE WAY**
**PORTSMOUTH, NH 03801**

Creditor's mailing address

**HEIDELBERG N78 POLAR CUTTER (FIRST CITIZENS BANK)**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3900**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **FIRST CITIZENS BANK** | Describe debtor's property that is subject to a lien | $11,203.00 | $11,000.00 |
|-----|------------------------|------|------|------|

Creditor's Name

**155 COMMERCE WAY**
**PORTSMOUTH, NH 03801**

Creditor's mailing address

**ROLAND UV PRINTER (FIRST CITIZENS BANK)**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3900**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **FIRST CITIZENS BANK** | Describe debtor's property that is subject to a lien | $8,317.00 | $8,000.00 |
|-----|------------------------|------|------|------|

Creditor's Name

**155 COMMERCE WAY**
**PORTSMOUTH, NH 03801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0200**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**HORIZON FC200A TRIMMER (FIRST CITIZENS BANK)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **FIRST CITIZENS BANK** | Describe debtor's property that is subject to a lien | $15,749.00 | $15,000.00 |

Creditor's Name

**155 COMMERCE WAY**
**PORTSMOUTH, NH 03801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4500**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**SPF200A BOOKLET MAKER (FIRST CITIZENS BANK)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **FIRST CITIZENS BANK** | Describe debtor's property that is subject to a lien | $15,214.00 | $15,000.00 |

Creditor's Name

**155 COMMERCE WAY**
**PORTSMOUTH, NH 03801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7600**

---

**STAHL TI-52 FOLDER (FIRST CITIZENS BANK)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **FRIEND BANK** | Describe debtor's property that is subject to a lien | $783,500.00 | $509,776.00 |
|---|---|---|---|---|
| | Creditor's Name | **COMMERCIAL PROPERTY & BLANKET LIEN ON ALL EQUIPMENT/FIXTURES/FURNISHINGS/ACCOUNTS/INVENTORIES/ETC.** | | |
| | **220 E LAWRENCE HARRIS HWY SLOCOMB, AL 36375** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **NORTHEAST BANK** | Describe debtor's property that is subject to a lien | $72,200.00 | $166,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **SECOND PLACE - BLANKET LIEN ON ALL EQUIPMENT/FURNITURE/FIXTURES** | | |
| | **PO BOX 1707 LEWISTON, ME 04241-1707** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $1,068,754.00 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SMALL BUSINESS ADMIN**<br>**ALABAMA DISTRICT OFFICE**<br>**801 TOM MARTIN DR, STE 201**<br>**BIRMINGHAM, AL 35211-6424** | Line _**2.11**_ | |
| **SMALL BUSINESS ADMIN**<br>**ALABAMA DISTRICT OFFICE**<br>**801 TOM MARTIN DR, STE 201**<br>**BIRMINGHAM, AL 35211-6424** | Line _**2.12**_ | |

**Fill in this information to identify the case:**

Debtor name    **Dothan Printing & Lithographing, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,315.64 | $2,315.64 |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**HOUSTON COUNTY TAX
ASSESSOR
462 N OATES ST
DOTHAN, AL 36303**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PROPERTY TAXES**

Is the claim subject to offset?
■ No
☐ Yes

**Total claim**    $2,315.64

**Priority amount**    $2,315.64

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

                   **Amount of claim**

**3.1**

Nonpriority creditor's name and mailing address
**BANK OF AMERICA
PO BOX 15291
WILMINGTON, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **CREDIT CARD**

Is the claim subject to offset? ☐ No ☐ Yes

$7,200.00

**3.2**

Nonpriority creditor's name and mailing address
**CANON SOLUTIONS AMERICA INC
300 COMMERCE SQ BLVD
BURLINGTON, NJ 08016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **ON ACCOUNT**

Is the claim subject to offset? ■ No ☐ Yes

$350.00

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383.85 |
|---|---|---|---|

**CITY OF DOTHAN UTILTIES**
**126 N ST ANDREWS ST**
**DOTHAN, AL 36303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.15 |
|---|---|---|---|

**COMCAST CABLE COMMUNICATIONS**
**COMCAST CENTER**
**1701 JOHN F KENNEDY BLVD**
**PHILADELPHIA, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|---|

**FERGUSON SIZEMORE & ASSOC.**
**1467 HONEYSUCKLE RD**
**DOTHAN, AL 36305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,600.00 |
|---|---|---|---|

**FNBO**
**PO BOX 2818**
**OMAHA, NE 68103-2818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  CREDIT CARD**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**HEIDELBURG USA INC**
**1000 GUTENBERG DRIVE NW**
**KENNESAW, GA 30144-7028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574.88 |
|---|---|---|---|

**HOUSTON COUNTY BUSINESS LICENSE**
**462 N OATES ST**
**DOTHAN, AL 36303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  BUSINESS LICENSES**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,720.00 |
|---|---|---|---|

**INNOVATIVE GRAPHIC SOLUTIONS**
**5908 EAST SHIRLEY LANE**
**MONTGOMERY, AL 36117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,473.00 |
|---|---|---|---|

**MAC PAPERS**
**1425 COMMERCE BLVD**
**MIDWAY, FL 32343-6626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.00 |
|---|---|---|---|

**MARTIN ENVIRONMENTAL SERVICES**
**PO BOX 8623**
**DOTHAN, AL 36304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $819.22 |
|---|---|---|---|

**OLD DOMINION FREIGHT LINES**
**500 OLD DOMINION WAY**
**THOMASVILLE, NC 27360**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00 |
|---|---|---|---|

**ONDECK**
**4700 W DAYBREAK PKWY, STE 200**
**SOUTH JORDAN, UT 84009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number  **6258**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,000.00 |
|---|---|---|---|

**ONDECK**
**4700 W DAYBREAK PKWY, STE 200**
**SOUTH JORDAN, UT 84009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED LOAN**

Last 4 digits of account number  **7371**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,765.00 |
|---|---|---|---|

**PNC BANK**
**300 FIFTH AVE**
**THE TOWER AT PNC PLAZA**
**PITTSBURGH, PA 15222-2707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **LINE OF CREDIT**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,200.00 |
|---|---|---|---|

**RJYOUNG**
**730A FREELAND STATION RD**
**NASHVILLE, TN 37228**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LEASE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 23-11347   Doc 1   Filed 12/04/23   Entered 12/04/23 13:41:44   Desc Main
Document      Page 27 of 44

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |
|---|---|---|---|

**SAFETY KLEEN**
**42 LONGWATER DRIVE**
**NORWELL, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407,500.00 |
|---|---|---|---|

**SMALL BUSINESS ADMIN**
**ALABAMA DISTRICT OFFICE**
**801 TOM MARTIN DR, STE 201**
**BIRMINGHAM, AL 35211-6424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **ECONOMIC DISASTER LOAN**

Last 4 digits of account number **7405**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**STRICKLAND COMPANIES**
**481 REPUBLIC CIRCLE**
**BIRMINGHAM, AL 35214**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.14 |
|---|---|---|---|

**TIAA BANK**
**PO BOX 911608**
**DENVER, CO 80291-1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **BALANCE BILLED AFTER RETURN OF LEASE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $567.00 |
|---|---|---|---|

**TRAVELERS**
**FLOWERS INSURANCE AGENCY LLC**
**PO BOX 368**
**DOTHAN, AL 36302**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **ON ACCOUNT**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**XEROX FINANCIAL SERVICES**
**PO BOX 202882**
**DALLAS, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LEASE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Dothan Printing & Lithographing, Inc. | Case number (if known) | |
|--------|-------|-------|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **PNC BANK, NA**<br>**PO BOX 94982**<br>**CLEVELAND, OH 44101** | Line __3.15__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 2,315.64 |
| **5b. Total claims from Part 2** | 5b. + | $ 594,520.24 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 596,835.88 |

**Fill in this information to identify the case:**

Debtor name    **Dothan Printing & Lithographing, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **CANNON DIGITAL PRESS** | |
| State the term remaining | **48 MONTHS** | **RJYOUNG**<br>**730A FREELAND STATION RD**<br>**NASHVILLE, TN 37228** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **PRIMELINK 9000 DIGITAL PRESS** | |
| State the term remaining | **24 MONTHS** | **XEROX FINANCIAL SERVICES**<br>**PO BOX 202882**<br>**DALLAS, TX 75320-2882** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Dothan Printing & Lithographing, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name **Dothan Printing & Lithographing, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$304,716.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$441,394.02** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$366,738.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **MAC PAPERS** | **VARIOUS** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other __ORDERS WERE COD__ |
| 3.2. **STRICKLAND PAPERS** | **VARIOUS** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other __ORDERS WERE COD__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|
   | | | | |

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **METCALF & COMPANY LEGAL PC** **318 WESTGATE PKWY, STE 2** **DOTHAN, AL 36303** | **PLEASE SEE STATEMENT OF ATTORNEY PURSUANT TO RULE 2016(b) ATTACHED HERETO.** | | **$0.00** |
    | | Email or website address | | | |
    | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|
    | | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:** Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **FERGUSON SIZEMORE & ASSOC.**<br>**1467 HONEYSUCKLE RD**<br>**DOTHAN, AL 36305** | **2003 - 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **FERGUSON SIZEMORE & ASSOC.**<br>**1467 HONEYSUCKLE RD**<br>**DOTHAN, AL 36305** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **TIMOTHY RHODES** | | **PRESIDENT** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **TIMOTHY RHODES** | **$20,000.00 ANNUALLY** | **PAID BI-WEEKLY** | **SALARY** |
| | **Relationship to debtor** **PRESIDENT** | | | |
| 30.2. | **BONNIE RHODES** | **$7000.00 ANNUALLY** | **PAID BI-WEEKLY** | **SALARY** |
| | **Relationship to debtor** **CLERICAL** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2023**

**/s/ Timothy Lee Rhodes**        **Timothy Lee Rhodes**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

# United States Bankruptcy Court
## Middle District of Alabama

In re    **Dothan Printing & Lithographing, Inc.**          Case No. _____

                Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____   $ _____ **2,500.00**

   Prior to the filing of this statement I have received _____   $ _____ **2,500.00**

   Balance Due _____   $ _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**November 30, 2023**              **/s/ CAMERON A. METCALF**

*Date*                               **CAMERON A. METCALF**

                                     *Signature of Attorney*

                                     **METCALF & COMPANY LEGAL, PC**

                                     **318 WESTGATE PKWY, STE 2**

                                     **Dothan, AL 36303**

                                     **334-478-8918**

                                     **cameron@metcalfco.com**

                                     *Name of law firm*

# United States Bankruptcy Court
## Middle District of Alabama

In re  **Dothan Printing & Lithographing, Inc.**       Case No.

                                      Debtor(s)       Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 30, 2023**        **/s/ Timothy Lee Rhodes**

                                           **Timothy Lee Rhodes**/PRESIDENT
                                         Signer/Title

DOTHAN PRINTING & LITHOGRAPHING, INC.
2002 STONEWOOD DRIVE
DOTHAN, AL 36301


BANK OF AMERICA
PO BOX 15291
WILMINGTON, DE 19850


CANON SOLUTIONS AMERICA INC
300 COMMERCE SQ BLVD
BURLINGTON, NJ 08016


CITY OF DOTHAN UTILTIES
126 N ST ANDREWS ST
DOTHAN, AL 36303


COMCAST CABLE COMMUNICATIONS
COMCAST CENTER
1701 JOHN F KENNEDY BLVD
PHILADELPHIA, PA 19103


FERGUSON SIZEMORE & ASSOC.
1467 HONEYSUCKLE RD
DOTHAN, AL 36305


FIRST CITIZENS BANK
155 COMMERCE WAY
PORTSMOUTH, NH 03801


FNBO
PO BOX 2818
OMAHA, NE 68103-2818


FRIEND BANK
220 E LAWRENCE HARRIS HWY
SLOCOMB, AL 36375

HEIDELBURG USA INC
1000 GUTENBERG DRIVE NW
KENNESAW, GA 30144-7028


HOUSTON COUNTY BUSINESS LICENSE
462 N OATES ST
DOTHAN, AL 36303


HOUSTON COUNTY TAX ASSESSOR
462 N OATES ST
DOTHAN, AL 36303


INNOVATIVE GRAPHIC SOLUTIONS
5908 EAST SHIRLEY LANE
MONTGOMERY, AL 36117


MAC PAPERS
1425 COMMERCE BLVD
MIDWAY, FL 32343-6626


MARTIN ENVIRONMENTAL SERVICES
PO BOX 8623
DOTHAN, AL 36304


NORTHEAST BANK
PO BOX 1707
LEWISTON, ME 04241-1707


OLD DOMINION FREIGHT LINES
500 OLD DOMINION WAY
THOMASVILLE, NC 27360


ONDECK
4700 W DAYBREAK PKWY, STE 200
SOUTH JORDAN, UT 84009

PNC BANK
300 FIFTH AVE
THE TOWER AT PNC PLAZA
PITTSBURGH, PA 15222-2707


PNC BANK, NA
PO BOX 94982
CLEVELAND, OH 44101


RJYOUNG
730A FREELAND STATION RD
NASHVILLE, TN 37228


SAFETY KLEEN
42 LONGWATER DRIVE
NORWELL, MA 02061


SMALL BUSINESS ADMIN
ALABAMA DISTRICT OFFICE
801 TOM MARTIN DR, STE 201
BIRMINGHAM, AL 35211-6424


STRICKLAND COMPANIES
481 REPUBLIC CIRCLE
BIRMINGHAM, AL 35214


TIAA BANK
PO BOX 911608
DENVER, CO 80291-1608


TRAVELERS
FLOWERS INSURANCE AGENCY LLC
PO BOX 368
DOTHAN, AL 36302


XEROX FINANCIAL SERVICES
PO BOX 202882
DALLAS, TX 75320-2882

# United States Bankruptcy Court
## Middle District of Alabama

In re  **Dothan Printing & Lithographing, Inc.**
_____
Debtor(s)

Case No. _____

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Dothan Printing & Lithographing, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 30, 2023**
_____
Date

/s/ CAMERON A. METCALF
_____
**CAMERON A. METCALF**

Signature of Attorney or Litigant

Counsel for  **Dothan Printing & Lithographing, Inc.**

**METCALF & COMPANY LEGAL, PC**
**318 WESTGATE PKWY, STE 2**
**Dothan, AL 36303**
**334-478-8918**
**cameron@metcalfco.com**